**JASON G. REVZIN**
Jason.Revzin@lewisbrisbois.com
Nevada Bar No. 008629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
(702) 893-3789 Fax
*Counsel for Trans Union LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL DALOCANOG,<br><br>                    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>                    Defendants. | Case No. 2:18-cv-00271-RFB-NJK<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Daniel Dalocanog ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On February 13, 2018, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is March 7, 2018. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's credit file and any disputes submitted by Plaintiff. Then, Trans Union's counsel will need additional time to review Trans Union's documents and respond to the allegations in the Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including April 6, 2018. This is the first

4847-1664-3423.1

1

stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint. The time within which Trans Union must respond to the Complaint has not yet expired.

WHEREFORE, Defendant Trans Union respectfully requests this Court to enter an Order granting this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint and extend the deadline for Trans Union to file its responsive pleading to Plaintiff's Complaint, up to and including April 6, 2018.

DATED this 6th day of March, 2018            DATED this 6th day of March, 2018

**LEWIS BRISBOIS BISGAARD**            **COGBURN LAW OFFICES**
**& SMITH LLP**

_/s/ Jason G. Revzin_            _/s/ Erik W. Fox_
Jason G. Revzin            Jamie S. Cogburn
Jason.Revzin@lewisbrisbois.com            jsc@cogburnlaw.com
Nevada Bar No. 008629            Erik W. Fox
6385 South Rainbow Blvd., Suite 600            efox@cogburnlaw.com
Las Vegas, NV 89118            2580 St. Rose Parkway, Suite 330
(702) 893-3383            Henderson, NV  89074
(702) 893-3789 Fax            (702) 748-7777
**Counsel for Trans Union LLC**             (702) 966-3880 Fax
            **Counsel for Plaintiff**

**ORDER**

IT IS HEREBY ORDERED that this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint and extend the deadline for Trans Union to file its responsive pleading to Plaintiff's Complaint, up to and including April 6, 2018 is granted.

DATED: ___March 7, 2018_____

_____
**HONORABLE NANCY J. KOPPE**
**UNITED STATES MAGISTRATE JUDGE**

4847-1664-3423.1                                      2