# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL DALOCANOG,<br><br>      Plaintiff(s),<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>      Defendant(s). | Case No. 2:18-cv-00271-RFB-NJK<br><br>ORDER |

  To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than May 1, 2018, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

  IT IS SO ORDERED.

  DATED: April 24, 2018

                  _____
                  NANCY J. KOPPE
                  United States Magistrate Judge