**JASON G. REVZIN**
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Fax: (702) 893-3789
E-Mail: Jason.Revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL DALOCANOG,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>Defendants. | Case No. 2:18-c-00271-RFB-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC** |

TO:   THE HONORABLE JUDGE RICHARD F. BOULWARE, II

Plaintiff Daniel Dalocanog, and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Daniel Dalocanog and Trans Union LLC to be determined by this Court. The Plaintiff hereby stipulates that all claims or causes of action against Trans Union LLC which were, or could have been, the subject matter of this

/ / /

/ / /

/ / /

4824-8998-4108.1                                                                                                                               1

lawsuit are hereby dismissed with prejudice, with court costs and attorneys' fees and costs to be paid by the party incurring same.

Dated this 6th day of July, 2018.

**COGBURN LAW OFFICES**

_____/s/ Erik W. Fox_____
Jamie S. Cogburn
Erik W. Fox
2580 St Rose Parkway, Suite 330
Henderson, NV 89074
Telephone: (702) 748-7777
Fax: (702) 966-3880
E-Mail: jsc@cogburnlaw.com
E-Mail: efox@coburnlaw.com
*Counsel for Plaintiff*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

_____/s/ Jason G. Revzin_____
Jason G. Revzin
Nevada Bar No. 8629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Fax: (702) 893-3789
E-Mail: Jason.Revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

**ORDER**

IT IS SO ORDERED:

**HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**

DATED: __July 9, 2018_____