1  COGBURN LAW OFFICES
   Jamie S. Cogburn, Esq.
2  Nevada Bar No. 8409
   jsc@cogburnlaw.com
3  Erik W. Fox, Esq.
   Nevada Bar No. 8804
4  efox@cogburnlaw.com
   2580 St. Rose Parkway, Suite 330
5  Henderson, Nevada 89074
   Telephone: (702) 748-7777
6  Facsimile: (702) 966-3880
   *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL DALOCANOG,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, a Foreign Limited-Liability Company, TRANSUNION, LLC, a Foreign-Limited Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation, and PORTFOLIO RECOVERY ASSOCIATES, LLC, a Foreign Company,<br><br>Defendants. | Case Number<br>2:18-cv-00271-RFB-NJK<br><br>**JOINT STIPULATION FOR DISMISSAL TO CORRECT AND DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE** |

Plaintiff, Daniel Dalocanog (hereinafter "Plaintiff"), by and through his counsel of record, Cogburn Law Offices, and Defendant Equifax Information Services, LLC, hereby stipulate as follows:

…

…

…

IT IS HEREBY REQUESTED to correct Docket #26 in place of the Joint Stipulation for Dismissal to Correct and Dismiss Defendant Equifax Information Services, LLC in place of the previously filed Notice of Voluntary Dismissal for Equifax Information Services, LLC.

IT IS FURTHER HEREBY REQUESTED that the case be dismissed against Defendant, Equifax Information Services, LLC, with prejudice.

Dated this 6th day of September, 2018.　　　　　　Dated this 6th day of September, 2018.

**COGBURN LAW OFFICES**　　　　　　　　　　　**SNELL & WILMER, LLP**

By: */s/ Erik W. Fox*　　　　　　　　　　　　　　By: */s/ Bradley T. Austin*
Name: Jamie S. Cogburn, Esq.　　　　　　　　　　Name: Bradley T. Austin, Esq.
　　　Nevada Bar No. 8409　　　　　　　　　　　　　　Nevada Bar No. 13064
　　　Erik W. Fox, Esq.　　　　　　　　　　　　　　　3883 Howard Hughes Pkwy, Ste. 1100
　　　Nevada Bar No. 884　　　　　　　　　　　　　　Las Vegas, Nevada 89169
　　　2580 St. Rose Parkway, Suite 330　　　　　　　*Attorneys for Defendant Equifax*
　　　Henderson, Nevada 89074　　　　　　　　　　　*Information Services, LLC*

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Court

**DATED:** September 9, 2018