# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL DALOCANOG,<br>    Plaintiff(s),<br>v.<br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br>    Defendant(s). | Case No.: 2:18-cv-00271-RFB-NJK<br><br>**ORDER** |

Defendant Experian was served on February 14, 2018, Docket No. 5, but has not appeared. Plaintiff has not sought default or otherwise advanced its claims against Experian. No later than January 25, 2019, Plaintiff shall file (1) dismissal papers, (2) a motion for default, or (3) a status report.

IT IS SO ORDERED.

Dated: January 11, 2019

Nancy J. Koppe
United States Magistrate Judge