# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL DALOCANOG, | Case No.: 2:18-cv-00271-RFB-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 30) |
| EQUIFAX INFORMAITON SERVICES, LLC, *et al.*, | |
| Defendant(s). | |

Before the Court is a motion to remove the firm Snell & Wilmer L.L.P. and attorney Bradley T. Austin from the CM/ECF service list. Docket No. 30. Counsel submits he and his law firm should be removed because Equifax Information Services, LLC has been dismissed from the instant case. *Id.* Accordingly, the Court **GRANTS** the motion to remove Snell & Wilmer L.L.P. and Mr. Austin from the service list.

IT IS SO ORDERED.

Dated: January 15, 2019

_____
NANCY J. KOPPE
United States Magistrate Judge

1